Desimund STAR, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 50497.

Missouri Court of Appeals,
Western District.

June 27, 1995.

Gary Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Beal, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Desimund Star appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion to set aside his conviction of first degree tampering. He complains that the court did not determine whether the attorney had abandoned him before allowing the attorney to waive an evidentiary hearing and to rely on Star's *pro se* motion. We find no merit in his claim. Because we do not discern any jurisprudential value in publishing an opinion, we issue this summary order pursuant to Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Ronald BLACKMON, Appellant.

Ronald BLACKMON, Appellant,

v.

STATE of Missouri.

Nos. WD 49158, WD 50424.

Missouri Court of Appeals,
Western District.

June 27, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

### ORDER

PER CURIAM.

Ronald Blackmon appeals his sodomy conviction and 500–year sentence and the dismissal of his untimely motion for post-conviction relief. He contends that the state did not present sufficient evidence to support a verdict of guilty, that his sentence is unconstitutional, and that the time deadline contained in Rule 29.15(b) arbitrarily denied him due process. We affirm his convictions and the denial of his Rule 29.15 motion. Because we do not discern any jurisprudential value to publishing an opinion, we issue this summary order. Rule 84.16(b).